# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.

Defendant's Name: CHRISTOPHER LEE ARMSTRONG T/N
& Residence: Metropolitan Detention Center
Address: 535 N. Alameda St.
LA, CA 90012

Docket No. CR - 92-336 CBM
Social Security No. 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
Mailing Address SEE ADDRESS

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date: **Month** Mar **Day** 16 **Year** 1998

**COUNSEL**
[ ] WITHOUT COUNSEL — However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
[X] WITH COUNSEL — Gregory Nicolaysen, appointed
(Name of Counsel)

**PLEA**
[X] GUILTY, and the Court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE [ ] NOT GUILTY

**FINDING**
There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of
Conspiracy, Possession With Intent to Distribute Cocaine Base, as charged in Count 1, in violation of 21 USC 846, 841(a)(1); Distribution of Cocaine Base, as charged in Count 7, in violation of 21 USC 841(a)(1) Class A Felonies

**JUDGMENT AND PROB./COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of One Hundred and Twenty (120) Months on each of Counts 1 and 7 of the Indictment, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Five (5) Years on each of Counts 1 and 7, all such terms to run concurrently, under the following terms and conditions: 1. comply with the rules and regulations of the U. S. Probation Office and General Order 318; 2. participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; and 3. as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer.
Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
It is further ordered that the defendant shall pay to the United States

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

Signed By [X] U.S. District Judge _CONSUELO B. MARSHALL_    [ ] U.S. Magistrate Judge

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed MAR 18 1998    By _____ Deputy Clerk

SHERRI R. CARTER, CLERK

ENTERED ON ICMS MAR 30 1998

AO-245-A (01/90)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer.
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities.
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment.
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered,
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer,
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement,
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

AO 245 A (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER

# United States District Court
## Central District of California

UNITED STATES OF AMERICA

vs

Christopher Lee Armstrong

Docket No. CR - 92-336 CBM

Date: March 16, 1998

## JUDGMENT AND PROBATION / COMMITMENT ORDER

Continued from Page 1

a special assessment of $100.
THE COURT RECOMMENDS that the defendant be designated to an institution in the Southern California area and that the defendant be allowed to participate in the Bureau of Prisons 500 Hour Drug Rehabilitation Program.
In the interest of justice, all remaining Counts are dismissed.
Right to Appeal waived pursuant to Plea Agreement.

Signed By: [X] U.S. District Judge  CONSUELO B. MARSHALL   [ ] U.S. Magistrate

Dated/Filed: MAR 18 1998

SHERRI R. CARTER, CLERK
By _____ Deputy Clerk

AO-245-B (01/90)  Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month,

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,

5. the defendant shall support his or her dependents and meet other family responsibilities

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance or any paraphernalia related to such substances except as prescribed by a physician,

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer,

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement,

15. the defendant shall not possess a firearm or other dangerous weapon,

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

AO-245-B (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER