UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No: <u>CR92-336 CBM</u>                              Dated: 5/26/04
=================================================================
PRESENT:  HONORABLE CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

<u>Joseph M. Levario</u>           <u>Leandra Amber</u>           <u>Damien Martinez</u>
_Courtroom Deputy             Court Reporter              Asst. U. S. Attorney

=================================================================

U.S.A. vs (Dfts listed below)           Attorneys for Defendants
1) <u>Christopher Lee Armstrong</u>           Gregory Nicolaysen
 x pres x custody                       x pres x apptd
**XX REFER TO JUDGMENT AND PROBATION/COMMITMENT ORDER**

__ Imprisonment for _____ on each of count(s) _____  Count(s) _____ concurrent/consecutive to count(s) _____ Fine of $_____ is imposed on each of count(s) _____ Execution __ Imposition of Sentence as to imprisonment only suspended on counts _____.
__ Imposition of fine suspended on count(s) _____.
__ Confined in a jail-type institution for _____ to be served on consecutive _____ from _____ to _____, commencing __ to ___
       and thereafter until the jail-type sentence has been completed;
__ months/years __ SUPERVISED RELEASE __ PROBATION imposed on count(s) _ consecutive/concurrent to count(s) ____ under the usual terms and conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
__ Perform _____ hours of community service.
__ Serve _____ in a CCC/CTC.
__ Pay $_____ fine in amounts and times determined by P/O.
__ Make $___ restitution in amounts and times determined by P/O.
__ Participate in a program for treatment of narcotic/alcohol addiction.
__ Pay any fine, assessment or costs imposed by this sentence & that remains unpaid at commencement of community supervision.
__ Comply with the rules/regulations of INS, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
__ OTHER CONDITIONS: _____ Pursuant to Section 5E1.2(f), all fines are waived, including costs of imprisonment and supervision. The Court FINDS the defendant does not have the ability to pay.
__ Pay $___, per count, special assessment to the United States for a total of $___ Imprisonment for ___ and for a study pursuant to 18 USC ___ with results to be furnished to the Court within ___, not later than ___, whereupon the sentence shall be subject to modification. This matter is set for further hearing on _.
_ On Government's motion, all remaining count(s)/underlying indictment/information, ORDERED dismissed.
_x_ Advised of Right to Appeal.
__Bond exonerated.
___Defendant ORDERED remanded to custody of U.S. Marshal forthwith.
X Court orders that <u>the defen</u>dant shall keep the 9th Circuit advised of his current address.
_On motion of the government
X_ FILED and distributed judgment.        Made SUPP JS-3
                                          _____Deputy Clerk Initials

JUN 1 4 2004

CR 90 (2/91)        CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Priority  ✓
Send      ✓
Enter     ___
Closed    ✓
JS-5/JS-6 ___
JS-2/JS-3  Supp
Scan Only___